F. T. LEWIS and LEANNA R. LEWIS, his wife, *Appellants,* v. ISRAEL M. BOYD, *Appellee.*

146 So. 681.

Opinion filed March 6, 1933.

*Jas. B. Gibson, Jr.,* for Appellants;

*E. B. Drumright,* for Appellee.

BIRD, Circuit Judge.—This is a companion case to Lewis v. Cole this day decided by this Court.

The pleadings and facts are practically the same, except that it does not appear that there was an assignment of the note for collateral security as in the companion case.

The note here involved is the other note mentioned in Lewis v. Cole and the decree appealed from is affirmed upon authority of that case.

Affirmed.

DAVIS, C. J., and WHITFIELD, TERRELL and BUFORD, J. J., concur.